# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CPE HR, INC., a California Corporation,<br><br>　　　　*Plaintiff*,<br>v.<br><br>TOTAL ADMINISTRATIVE SERVICE CORPORATION, a Wisconsin Corporation; and DOES through 100,<br><br>　　　　*Defendants*. | Case No.: 2:21-cv-00925-JAK-PLA<br><br>**ORDER RE JOINT STIPULATION TO DISMISS CASE (DKT. 23)**<br>**JS-6** |

| | |
|---|---|
| 1 | Based on a review of the Joint Stipulation to Dismiss Case (the "Stipulation" |
| 2 | (Dkt. 23)), sufficient good cause has been shown for certain of the requested relief. |
| 3 | Therefore, the Stipulation is **APPROVED**, and this action is dismissed with |
| 4 | prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) subject to the |
| 5 | terms of the parties' Settlement Agreement. Each party shall bear its own litigation |
| 6 | costs and attorney's fees. The Court shall retain jurisdiction to enforce the |
| 7 | Settlement Agreement. |

**IT IS SO ORDERED**.

DATED: __July 15__, 2021

_____
John A. Kronstadt
United States District Judge